ACCEPTED
03-15-00348-CV
7634511
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 10:38:56 AM
JEFFREY D. KYLE
CLERK

Cause No. 03-15-00348-CV

| | | |
|---|---|---|
| TODD ENRIGHT, | § | IN THE COURT OF APPEALS |
| *Appellant*, | § | |
| | § | |
| v. | § | |
| | § | FOR THE THIRD DISTRICT |
| ASCLEPIUS PANACEA, LLC et al., | § | |
| | § | |
| *Appellee*. | § | OF TEXAS, AT AUSTIN |
| | § | |
| | § | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/2/2015 10:38:56 AM
JEFFREY D. KYLE
Clerk

## TODD ENRIGHT'S UNOPPOSED
## MOTION FOR LEAVE TO FILE PRE-SUBMISSION LETTER

TO THE THIRD COURT OF APPEALS:

Comes now, Appellant Todd Enright and files this Unopposed Motion for Leave to File Pre-Submission Letter. In support thereof, Todd Enright would show the Court as follows:

1.      This case is set for oral argument on November 4, 2015.

2.      Appellant Todd Enright seeks leave to file a three-page pre-submission letter for the purpose of focusing the Court's attention on particular points that will be made at oral argument. In requesting permission to file this letter, Mr. Enright does not seek to burden the Court but, rather, to assist the Court in its disposition of this appeal.

3.      Appellees do not oppose the relief requested by this motion.

## PRAYER

Appellant Todd Enright prays that the Court grant this Unopposed Motion for Leave to File Pre-Submission Letter and grant Todd Enright leave to file a pre-submission letter with this Court.

Respectfully submitted,

VINSON & ELKINS LLP

*/s/ Jennifer B. Poppe*
Thomas S. Leatherbury
State Bar No. 12095275
2001 Ross Avenue, Suite 3700
Dallas, Texas 75201
Telephone:  (214) 220-7700
Facsimile:  (214) 999-7792
tleatherbury@velaw.com

Jennifer B. Poppe
State Bar No. 24007855
Michael A. Heidler
State Bar No. 24059921
Jonah Jackson
State Bar No. 24071450
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone:  (512) 542-8400
Facsimile:  (512) 542-8612
jpoppe@velaw.com
jjackson@velaw.com

***Attorneys for Appellant Todd Enright***

## **<u>CERTIFICATE OF CONFERENCE</u>**

On October 30, 2015, I conferred with Appellees' attorney Paul Matula and was informed that Appellees do not oppose the relief requested by this motion.

*/s/ Michael A. Heidler*
Michael A. Heidler

## CERTIFICATE OF SERVICE

On October 30, 2015, a true and correct copy of the foregoing document was served on the following attorneys via electronic filing:

Eric J. Taube
Paul Matula
Taube Summers Harrison Taylor Meinzer Brown, LLP
100 Congress Avenue, 18th Floor
Austin, Texas 78701
etaube@taubesummers.com
pmatula@taubesummers.com

*/s/ Michael A. Heidler*
Michael A. Heidler